544 U.S. 1015
 GONZALEZ-ANTUNA
v.
UNITED STATES
MENCHACA-MORENO, AKA AMUNDO MENCHACA
v.
UNITED STATES
NAVARETTE-CASTILLO, AKA CASTILLO-NAVARETTE
v.
UNITED STATES
VARELA-MARQUEZ
v.
UNITED STATES
 No. 04-9401.
 Supreme Court of United States.
 May 2, 2005.
 
 1
 C. A. 5th Cir. Reported below: 115 Fed. Appx. 274 (second judgment), 277 (third judgment), 718 (first judgment), and 728 (fourth judgment).
 
 
 2
 C. A. 5th Cir. Reported below: 115 Fed. Appx. 274 (second judgment), 277 (third judgment), 718 (first judgment), and 728 (fourth judgment).
 
 
 3
 C. A. 5th Cir. Reported below: 115 Fed. Appx. 274 (second judgment), 277 (third judgment), 718 (first judgment), and 728 (fourth judgment).
 
 
 4
 C. A. 5th Cir. Reported below: 115 Fed. Appx. 274 (second judgment), 277 (third judgment), 718 (first judgment), and 728 (fourth judgment).
 
 
 5
 Motion of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U.S. 220 (2005).